

Marina Manoukian, Esq.,
Attorney Bar No. 180104
marina.manoukian@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower St., Suite 3100
Los Angeles, California 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Creditor ARTOOM AND SEDIK ARTOUNIANS, MIKE HARUTUNIAN and DANIEL HARUTUNIAN

The following constitutes the order of the court.
Signed July 2, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re
ORIEN TRUST
*Debtor,*

Case No. 18-41296
Chapter 11

**ORDER FOR RELIEF FROM AUTOMATIC STAY**

Date: June 27, 2018
Time: 10:30 a.m.
Court: 1300 Clay St., Suite 300
      Oakland, CA 94612

Upon consideration of creditors ARTOOM AND SEDIK ARTOUNIANS, MIKE HARUTUNIAN and DANIEL HARUTUNIAN ("Creditors") MOTION FOR RELIEF FROM STAY filed with the Court on June 12, 2018, and good cause appearing therefore,

1

IT IS ORDERED THAT the automatic stay imposed by 11 U.S.C. Section 362 is hereby modified as follows:

1. The automatic stay as to a judgment for possession only is terminated;
2. Creditors may proceed with unlawful detainer action in state court against Debtor for a judgment on possession only.
3. Stay under Rule 4001(a)(3) is not waived.

**END OF ORDER**

ADLI LAW GROUP, P.C.
(213) 623-6546

2347.201

COURT SERVICE LIST

Orien Trust
535 Appian Way #21281
El Sobrante, CA 94803

Jennifer Kay Toy
1390 Market Street #200
San Francisco, CA 94102